UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
ANTONIO BAZAN, *individually and on behalf of*
*others similarly situated,*

Civil Action No. **1:25-cv-08947-ER**

                    *Plaintiff,*

          -against-                                **JUDGMENT**

FRIEND OF A FARMER CORP. (D/B/A FRIEND OF
A FARMER), CARRIE MORABITO, TAYLOR
MORABITO, WESTON MORABITO, and ROSE
MORABITO,
                    *Defendants,*
-------------------------------------------------------------X

## <u>JUDGMENT</u>

On February 6, 2026, Plaintiff filed a notice of acceptance of offer of judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure;

NOW, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

That the Plaintiff, ANTONIO BAZAN, has judgment against FRIEND OF A FARMER CORP. (D/B/A FRIEND OF A FARMER), CARRIE MORABITO, TAYLOR MORABITO, WESTON MORABITO, and ROSE MORAB, jointly and severally, in the amount of Fifty Thousand Dollars and Zero Cents ($50,000.00), which is inclusive of attorneys' fees and costs.

Dated: February 11, 2026
          New York, New York

_____
          HON. EDGARDO RAMOS
          U.S. DISTRICT JUDGE